1   James W. Armstrong (No. 009599)
    james.armstrong@sackstierney.com
2   Gaye L. Gould (No. 010889)
    gaye.gould@sackstierney.com
3   SACKS TIERNEY P.A.
    4250 N. Drinkwater Blvd., Fourth Floor
4   Scottsdale, AZ 85251-3693
    Telephone: (480)425-2600
5
    Attorneys for Defendant Yukon Trail Inc.
6

7                    UNITED STATES DISTRICT COURT
8                          DISTRICT OF ARIZONA
9

10  Kristie Williams, a single woman,

11          Plaintiff,                          No. _____

12  v.
                                                **NOTICE OF REMOVAL**
13  Yukon Trails, Inc., a California corporation;
    Alco Stores, Inc.; Universal Product
14  Concepts, Inc.; Jane Doe 1-10; John Doe 1-
    10; A-Z Partnership; A-Z Corporation;
15  Unknown Heirs and Devisees of Above
    Named Parties, Deceased;
16
            Defendants.
17

18

19          Pursuant to 28 U.S.C. § 1446, Defendant Yukon Trails, Inc., the true name of which

20  is Yukon Trail Inc. ("Yukon"), hereby gives notice of the removal of this civil action from

21  the Superior Court of Apache County, Arizona, to the United States District Court for the

22  District of Arizona.  This Notice of Removal is based upon the following grounds.

23          1.      On November 11, 2013, Plaintiff Kristie Williams commenced this action by

24  filing a Complaint in the Apache County Superior Court under Case No. CV-2013-209,

25  alleging claims for negligence, product liability, breach of warranty, and consumer fraud

26  arising out of a minibike accident which purportedly resulted in "serious and permanent"

27  physical and mental injuries to Ms. Williams, as well as "economic and non-economic"

28  damages.

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

1    2.    A copy of the Complaint was first received (through service of process) by

2  Yukon on December 4, 2013.   A true and complete copy of all process, pleadings and

3  orders served upon Yukon in this action is attached hereto as Exhibit A.

4    3.    This action is removable under 28 U.S.C. §§ 1332 and 1441(a) as one of

5  which the District Court has original jurisdiction founded on the diversity of citizenship

6  between the parties.   Specifically:

7    (a)    Upon information and belief, the amount in controversy exceeds the

8  sum or value of $75,000.00.

9    (b)    Upon information and belief, the Plaintiff is an unmarried individual

10  residing and domiciled in the State of Arizona, and is therefore a citizen of Arizona. *See*

11  Complaint ¶ 1.

12    (c)    Yukon is a corporation formed under the laws of the State of

13  California, with its principal place of business also located in the State of California.

14  Yukon is therefore a citizen of California.

15    (d)    Defendant Alco Stores, Inc. ("Alco") is, upon information and belief, a

16  corporation formed under the laws of the State of Kansas, with its principal place of

17  business located in the State of Texas.   Alco is therefore a citizen of Kansas and Texas.

18    (e)    Defendant Universal Product Concepts, Inc. ("UPC") is, upon

19  information and belief, a corporation formed under the laws of the State of California, with

20  its principal place of business also located in the State of California.   UPC is therefore a

21  citizen of California.

22    (f)    None of the Defendants is a citizen of the forum state, Arizona.   All

23  fictitiously named Defendants are disregarded for this purpose. *See Solomon v. Phillip*

24  *Morris, Inc.,* 311 F.3d 966, 971 (9th Cir. 2002).

25    4.    These grounds for this Court's removal jurisdiction existed both when this

26  action was commenced in the Apache County Superior Court and at the time of removal.

27    5.    This Notice of Removal is being filed with the consent of Alco and UPC, as

28  reflected in the e-mails attached hereto as Exhibit B.

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

1    6.    Yukon shall promptly file a copy of this Notice of Removal with the Clerk of

2  the Apache County Superior Court.

3         DATED this 3rd day of January, 2014.

4
                                              SACKS TIERNEY P.A.
5

6

7                                            By: /s/ James W. Armstrong
                                                 James W. Armstrong
8                                                Gaye L. Gould
9                                                Attorneys for Defendant Yukon Trail Inc.

10
   COPY of the foregoing Notice mailed
11 this 3rd day of December, 2013, to:

12 David J. Martin, Esq.
   P.O. Box 808
13 Lakeside, Arizona 85929-0808
   Attorney for Plaintiff
14
   Michael W. Herzog, Esq.
15 THE HERZOG LAW FIRM PC
   14350 N 87th Street, Suite 180
16 Scottsdale, Arizona 85260-2659
   Attorney for Defendant Universal Product Concepts, Inc.
17
   David R. Frye, Esq.
18 LATHROP & GAGE LLP
   2345 Grand Boulevard, Suite 2200
19 Kansas City, Missouri  64108-2618
   Attorneys for Defendant Alco Stores, Inc.
20

21 By: /s/ Toni Cooper

22
   [1050637]
23

24

25

26

27

28

                                    3

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693