NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristie Williams,<br><br>                    Plaintiff,<br><br>v.<br><br>Yukon Trails Incorporated, *et al.*,<br><br>                    Defendants. | No. CV-14-08001-PCT-JJT<br><br>**ORDER** |

At issue is the Parties' Stipulation (Doc. 56), and good cause appearing,

IT IS HEREBY ORDERED that all claims being brought by Plaintiff Kristie Williams against Defendant Universal Product Concepts, Inc. are dismissed with prejudice, with each party to bear its own costs and attorney's fees. This dismissal shall not affect the claims of Plaintiff Williams against any other Defendant.

Dated this 22nd day of January, 2015.

*/s/ John J. Tuchi*
Honorable John J. Tuchi
United States District Judge