NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Kristie Williams,

    Plaintiff,

v.

Yukon Trails Incorporated, *et al.*,

    Defendants.

No. CV-14-08001-PCT-JJT

**ORDER**

On October 20, 2014, this Court issued an Order (Doc. 53) that stayed claims against Defendant Alco Stores Incorporated only, pursuant to a Defendant's Notice of Filing of Bankruptcy Petition and of the Automatic Stay (Doc. 52).  The Order (Doc. 53) stated that this case would be dismissed after 60 days unless advised that the bankruptcy stay was lifted or a lifting of the bankruptcy stay has not been ruled upon by the Bankruptcy Court.  A review of the district court docket shows that nothing has been filed regarding the bankruptcy stay.  Accordingly,

IT IS ORDERED dismissing this case without prejudice as to all remaining defendants. The Clerk is directed to close this accordingly.

Dated this 25th day of March, 2015.

                                                    Honorable John J. Tuchi
                                                    United States District Judge